UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JULIA DUENAS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-17-CV-00081-FM |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

In accordance with the "Order Regarding the Pending Motions for Summary Judgment and Dismissing Case" [ECF No. 74], the court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

1. **IT IS HEREBY ORDERED** that "Plaintiff's Motion for Partial Summary Judgment and Memorandum in Support" [ECF No. 56] is **DENIED**.

2. **IT IS FURTHER ORDERED** that "Defendant Texas Department of Criminal Justice's Motion for Summary Judgment with Brief in Support" [ECF No. 52] is **GRANTED**.

3. The above-captioned cause is **DISMISSED WITH PREJUDICE**.

4. All pending motions, if any, are **DENIED AS MOOT**.

5. The Clerk of the Court is instructed to **CLOSE** the above-captioned cause.

**SO ORDERED.**

**SIGNED** this **31st** day of **August, 2018.**

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE